UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                                          CRIMINAL ACTION NO. 3:18-CR-180-RGJ

LUBANA SINGH                                                                                DEFENDANT

## UNITED STATES' SENTENCING MEMORANDUM
*-Electronically Filed-*

The United States of America, by counsel, Assistant United States Attorney Alicia P. Gomez, files its memorandum in support of its sentencing recommendation in this action, currently scheduled for August 4, 2021.

## Statutory Sentencing Provisions

Lubana Singh stands convicted of conspiracy to possess with intent to distribute methamphetamine, in violation of 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(A), and two counts of possession of methamphetamine with intent to distribute, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A). A conviction under these statutes carries a minimum term of imprisonment of ten years, a maximum term of imprisonment of life, a potential maximum fine of $30,000,000.00, and a term of supervised release of at least five years and up to any number of years.

## Guideline Calculations

The United States Probation Office has prepared a Presentence Investigation Report (PSR), which concludes that the total offense level applicable to the offense should be 31. (DN 136, PSR at ¶ 27 Page ID # 483). The PSR also concludes that Mr. Singh's criminal history places him in Criminal History Category I. (*Id*. at ¶ 31, Page ID # 483). Based upon a total offense level of 31

and a criminal history category of I, the guideline imprisonment range is 108 to 135 months. (*Id*. at ¶ 55, Page ID # 488)

## Analysis of § 3553(a) Factors

This Court must ultimately affix a sentence which is sufficient, but not greater than necessary, to comply with the purposes set forth in 18 U.S.C. § 3553(a)(2). That section directs courts to consider the following:

(1) the nature and circumstances of the offense and the history and characteristics of the defendant;

(2) the need for the sentence imposed–

(A) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;

(B) to afford adequate deterrence to criminal conduct;

(C) to protect the public from further crimes of the defendant; and

(D) to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner;

(3) the kinds of sentences available;

(4) the kinds of sentence and the sentencing range established for--

(A) the applicable category of offense committed by the applicable category of defendant as set forth in the guidelines–

. . .

(5) any pertinent policy statement--

. . .

(6) the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct; and

(7) the need to provide restitution to any victims of the offense.

Mr. Singh stands convicted of conspiracy to possess with intent to distribute methamphetamine, and possession of methamphetamine with intent to distribute. It is the position of the United States that a sentence in keeping with the Rule 11(c)(1)(B) plea agreement between

the parties, and to be addressed further at the sentencing hearing, would accomplish the sentencing purposes of 3553(a). The proposed sentence in this action, to be discussed further at the sentencing hearing, will adequately promote respect for the law, reflect the seriousness of the offenses, provide just punishment for the offenses, protect the public, deter further criminal conduct, and provide Mr. Singh with needed correctional treatment.

## Conclusion

For the reasons set forth herein, the United States respectfully requests the Court to accept the plea agreement and sentence the defendant in accordance to the plea agreement, followed by a term of supervised release of at least five years.

Respectfully submitted,

MICHAEL A. BENNETT
Acting United States Attorney


/s/ Alicia P. Gomez
Alicia P. Gomez
Assistant U.S. Attorney
717 West Broadway
Louisville, Kentucky 40202
PH: (502) 582-5911
FAX: (502) 582-5067


## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2021, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel for the defendant.

/s/ Alicia P. Gomez
Alicia P. Gomez
Assistant U.S. Attorney