UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
(electronically filed)

UNITED STATES OF AMERICA                                                    PLAINTIFF

VS.                                                          Criminal Action No. 3:18-cr-180-RGJ

LUBANA SINGH                                                                  DEFENDANT


DEFENDANT SINGH'S SENTENCING MEMORANDUM

Comes the defendant, Lubana Singh, through counsel, and offers this sentencing memorandum to aid the Court's consideration of his sentence stemming from the Rule 11(c)(1)(B) plea agreement reached by the parties. Mr. Singh plead guilty to a conspiracy to possess methamphetamine, and two counts of possession with intent to distribute methamphetamine. A violation of the statute carries a minimum term of ten years. However, as laid out in the PSI, Mr. Singh appears eligible for application of the Safety Valve, which would allow this Court to disregard the statutory minimum in sentencing Mr. Singh. The Guidelines range in this case is 108-135 months.

Mr. Singh has no objections to the PSI. As documented in the presentence report, Mr. Singh has a strong work ethic and strong family ties. He has a good marriage and is living with his wife and her three teenage children. He hopes to open his own business upon release from custody, but is prepared to continue working in gas stations and convenience stores if necessary. Mr. Singh looks forward to putting these bad decisions and legal troubles behind him.

WHEREFORE, Mr. Singh respectfully requests this Court to sentence him to the minimum sentence available in accordance with the PSI and the agreement reached by the parties.

**Respectfully submitted**,

/s/    *Rob Eggert*

**ROB EGGERT**
600 West Main Street
Suite 200
Louisville, Kentucky 40202
(502) 540-5700

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on July 26, 2021, the foregoing memorandum was

electronically filed with the Clerk of the Court by using the CM/ECF system, which will

send a notice of electronic filing to all of the attorneys of record.

/s/    *Rob Eggert*
**Rob Eggert**